# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN WRENTMORE, | NO. SA CV 10-1149 R (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE DISTRICT COURT OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   September 1, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE